# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 24-4486

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff - Appellee,** | **CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX** |
| **v.** | |
| **JONATHAN CRAIG OTUEL,** | |
| **Defendant - Appellant.** | |

Pursuant to the Federal Rules of Appellate Procedure, Appellant, Jonathan Otuel, respectfully requests that this Court extend the deadline to file the Opening Brief and Joint Appendix by 3 days, from Monday, March 31, 2025 to Thursday, April 3, 2025. In support of this request for a very short extension, Mr. Otuel offers the following extraordinary circumstances:

1.    Counsel is court appointed. Mr. Otuel has repeatedly expressed that he wants to discuss the final issues on appeal and brief with counsel before the brief is filed. Mr. Otuel is incarcerated with the Bureau of Prisons.

2.    Counsel's staff has diligently worked without success to schedule a call with Mr. Otuel before the current deadline, including taking the following measures:

a. **Monday March 24th**

- 8:48 AM – A full week before the current deadline, Mr. Terpening's staff called BOP's Bennettsville Facility to schedule phone call, and reached Mr. Otuel's Counselor, Mr. Gentry, who requested that the call be scheduled via Mr. Gentry's email address.

- However, Mr. Gentry did not respond to efforts to schedule a call via email and later remarked that he "rarely checks email."

- 11:01 AM – After not receiving a response to their scheduling email, given the impending deadline for the brief, Mr. Terpening's staff called the prison, and there was no answer.

- 11:02 AM – Mr. Terpening's staff again called the facility, was transferred to Mr. Gentry's extension, and left a voicemail.

b. **Tuesday, March 25th**

- 8:50 AM – Mr. Terpening's staff called the facility, and there was no answer

- 4:31 PM – Mr. Terpening's staff called the facility and spoke to an officer who said he would notify a supervisor named Officer Davis and the case manager about the necessity of the phone call since the staff member never received a response from Officer Gentry.

c.  **Wednesday, March 26th**

- 10:06 AM – Mr. Terpening's staff called the facility, reached Officer Davis, and scheduled a phone call for Thursday, March 27, at 11 AM. The facility was to call Mr. Terpening's office.

- However, the facility did not call Mr. Terpening's office on Thursday, March 27.

d.  **Friday March 28th**

- 11:39 AM – Case Manager Hunter rescheduled the call for Tuesday, April 1, 2025. Although this is currently a day after the brief is due, staff were informed that this was the soonest possible date for a call.

3.  Hopefully, the facility will allow the call to occur on April 1, 2025.

4.  The brief is length and complex. The draft is around 80 pages long and contains five issues on appeal.

5.  Therefore, Mr. Terpening will need a day after he speaks with Mr. Otuel to make any edits to the brief arising from his discussion with his client, plus time for formatting, proofreading, and finalization. As such, Thursday, April 3, 2025 is the shortest possible extension that would accommodate the scheduling problems with the prison and Mr. Otuel's request for a call with counsel to discuss the final brief.

6.      Counsel has worked with a high level of diligence and effort on this brief, the draft of which (again) is already some 80 pages long, raises a number of issues, and arises out of a unique situation in which the government destroyed its key evidence before trial.

7.      Counsel for the government consents to the relief requested in this Motion.

8.      This Motion is filed in the interest of justice and not for purposes of undue delay. The request for an extension could not have been avoided because it arises for reasons that are completely out of counsel's control.

WHEREFORE, Appellant respectfully requests a short 3-day extension of the deadline by which to file his opening brief and joint appendix, up to and including April 3, 2025.

Respectfully submitted, this 30th day of March, 2025.

/s/ William R. Terpening
William R. Terpening
N.C. Bar 36418
**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, North Carolina 28202
(980) 265-1700
terpening@terpeninglaw.com

*Counsel for Jonathan Otuel*

## CERTIFICATE OF SERVICE

I certify that I have filed this **CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX** through the Court's ECF system, which constitutes service on all parties.

Dated: March 30, 2025.

/s/ William R. Terpening
William R. Terpening